# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER<br><br>        Plaintiff(s),<br><br>v.<br><br>SPR, INC., et al.<br><br>        Defendant(s). | CASE NO. 2:20−cv−01113−DSF−KS<br><br>**Order to Show Cause re Dismissal for Lack of Prosecution** |

    Default has been entered by the Clerk as to the remaining defendants. No motion for default judgment has been filed. Plaintiff is ordered to file a motion for default judgment on or before May 15, 2020. Failure to file a default judgment motion by that date may result in sanctions, including dismissal for failure to prosecute.

    IT IS SO ORDERED.

Date: April 16, 2020

          /s/ *Dale S. Fischer*
          Dale S. Fischer
          United States District Judge