# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brian Whitaker,<br>　　Plaintiff,<br><br>　　　　v.<br><br>SPR, Inc.,<br>　　Defendant. | Case No. CV 20-01113 DSF (KSx)<br><br>JUDGMENT |

　　The Court having previously issued an Order to Show Cause re Dismissal for Lack of Prosecution and Plaintiff not having responded or shown a reason why the action should not be dismissed in its entirety for the failure of plaintiff to file a motion for default judgment as to defendant SPR, Inc.,

　　IT IS ORDERED AND ADJUDGED that this action be dismissed.

Date: May 20, 2020

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　　　United States District Judge